JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| Datscat, Inc., a California corporation, | CASE No. SACV 14-01132 JVS (ANx) |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| Earth & Sea Wear, LLC, a Florida limited liability company, | Assigned for all purposes to: Honorable James V. Selna Courtroom No. 10C |
| Defendant. | Action Filed:   July 18, 2014<br>Trial Date:      None |

Based upon the parties' stipulation, pursuant to Fed.R.Civ.P. 41(b) the Court hereby orders that all claims and counterclaims of any sort asserted in the above matter are dismissed with prejudice. The Court specifically reserves jurisdiction over this matter for the purpose of enforcing the parties' Settlement, Mutual Release & Security Agreement. Each party shall bear its own costs and fees. The Clerk of Court is directed to enter judgment in conformity herewith.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 17, 2015       **BY THE COURT**

*[signature: James V. Selna]*

Hon. James V. Selna
USDJ